IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01762-LTB

GRANVILLE HUBBARD,

     Applicant,

v.

BRETT L. POWELL, Sheriff of the County of Logan, State of Colorado, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 26, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against

Applicant.

DATED at Denver, Colorado, this 26 day of October, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/  S. Grimm
    Deputy Clerk